Nos. 23-2249, 23-2324

———————————

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————————

CONTINENTAL RESOURCES, INC. AN OKLAHOMA CORPORATION,
*Plaintiff-Appellee,*

v.

NORTH DAKOTA BOARD OF UNIVERSITY & SCHOOL LANDS,
*Defendant-Appellee/Cross-Appellant,*

and

UNITED STATES OF AMERICA.
*Defendant-Appellant/Cross-Appellee.*

———————————

Appeal from the United States District Court for the District of North Dakota
No. 1:17-cv-14 (Hon. Daniel L. Hovland)

———————————

**Cross-Appellant's Statement of Issues**

———————————

Appellee/Cross-Appellant, the North Dakota Board of University & School Lands,

pursuant to Federal Rule of Appellate Procedure 10(b)(3)(A), provides the following

statement of issues it intends to present on its appeal:

1. Did the district court err in concluding that North Dakota Century Code Section

   61-33.1-06 requires that the boundary between the bed of the Missouri River and

   federal public domain lands at issue is to be determined by plats prepared by the

   U.S. Bureau of Land Management?

1

2. Did the district court err in concluding that neither the public trust doctrine nor provisions of the North Dakota constitution are violated by requiring that U.S. Bureau of Land Management plats are to be used to determine the boundary between the bed of the Missouri River and federal public domain lands at issue?

Dated this 9th day of June, 2023.

State of North Dakota
Drew H. Wrigley
Attorney General

By */s/ Charles M. Carvell*
Charles M. Carvell, No. 03560
Special Assistant Attorney General

PEARCE DURICK PLLC
cmc@pearce-durick.com
314 East Thayer Avenue
P.O. Box 400
Bismarck, ND  58502-0400
Telephone (701) 223-2890
Facsimile (701) 223-7865

David P. Garner, No. 06860
dgarner@nd.gov
Jennifer L. Verleger, No. 06732
jverleger@nd.gov
Assistant Attorneys General
Office of the Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300

*Attorneys for Defendant-Appellee/Cross-Appellant North Dakota Board of University and School Lands*

2

**Certificate of Service**

I hereby certify that on June 9, 2023, the foregoing was electronically filed with the Clerk for the Eighth Circuit Court of Appeals by using the CM/ECF system. I also certify that service of the foregoing will be accomplished via the CM/ECF system.

<u>*/ s / Charles M. Carvell*</u>
Charles M. Carvell
Counsel for Defendant-Appellee/Cross-Appellant