No. 23-2249, 23-2324

# United States Court of Appeals for the Eighth Circuit

**Continental Resources, Inc., an Oklahoma Corporation,**
*Plaintiff-Appellee,*

v.

**North Dakota Board of University and School of Lands,**
*Defendant-Appellee,*

and

**United States of America,**
*Defendant-Appellant.*

APPEAL FROM DECISION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA
(1:17-CV-14-DLH-CRH)

**NORTH DAKOTA BOARD OF UNIVERSITY AND SCHOOL LANDS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF CROSS-APPEAL**

State of North Dakota
Drew H. Wrigley
Attorney General

By: Philip Axt (ND Bar No. 09585)
    Solicitor General
    Email: pjaxt@nd.gov

    Office of Attorney General
    600 E. Boulevard Ave., Dept. 125
    Bismarck, ND 58505
    Telephone: (701) 328-2210

Charles Carvell (ND Bar No. 03560)
Special Assistant Attorney General
Email: cmc@pearce-durick.com

Pearce Durick PLLC
314 E. Thayer Ave., PO Box 400
Bismarck, ND 58502
Telephone: (701) 223-2890

*Counsel for Defendant-Appellee*

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), the North Dakota Board of University and School Lands moves to dismiss its cross-appeal in the above-captioned appeal, with each party responsible for its own costs. The undersigned has conferred with counsel for the United States and counsel for Continental Resources, and neither party opposes this motion.

Dated: November 03, 2023.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

      By: /s/ *Philip Axt*
        Philip Axt (ND Bar No. 09585)
        Solicitor General
        Email: pjaxt@nd.gov

        Office of Attorney General
        600 E. Boulevard Ave., Dept. 125
        Bismarck, ND 58505
        Telephone: (701) 328-2210

        Charles Carvell (ND Bar No. 03560)
        Special Assistant Attorney General
        Email: cmc@pearce-durick.com

        Pearce Durick PLLC
        314 E. Thayer Ave., PO Box 400
        Bismarck, ND 58502
        Telephone: (701) 223-2890

       *Counsel for Defendant-Appellee*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g) and Eighth Circuit Rule 28A(h)(2), the undersigned certifies that the following document:

NORTH DAKOTA BOARD OF UNIVERSITY AND SCHOOL LANDS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF CROSS-APPEAL

contains 55 words, was prepared in a proportionally spaced typeface using Times New Roman 14-point font, has been scanned for viruses, and is virus-free.

Dated: November 03, 2023.

/s/ *Philip Axt*
Philip Axt

# CERTIFICATE OF SERVICE

The undersigned certifies that the following document:

NORTH DAKOTA BOARD OF UNIVERSITY AND SCHOOL LANDS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF CROSS-APPEAL

was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

Dated: November 03, 2023.

/s/ *Philip Axt*
Philip Axt